ACCEPTED
06-15-00022-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/19/2015 9:55:53 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00022-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/19/2015 9:55:53 AM
DEBBIE AUTREY
Clerk

## IN THE

## SIXTH COURT OF APPEALS

## TEXARKANA, TEXAS

---

### JOY L. HAMMONTREE,

#### APPELLANT

v.

### DONNA R. STRAWN,

#### APPELLEE

---

## Joint Motion to Remand for
## Purposes of Settlement

---

As authorized in Rule 42.1 of the Texas Rules of Appellate Procedure, the parties request that the Court would reverse the judgment of the trial court and remand the cause for purposes of settlement.

1.  The notice of appeal is the only pleading that has been filed in this appellate procedure.

2.  The parties have now settled all claims in issue. The settlement agreement contemplates further action by the trial court.

3.    The parties agree that costs of the appeal will be borne by the party that incurred them.

WHEREFORE, PREMISES CONSIDERED, the parties jointly pray that the judgment of the trial court would be reversed and that the cause would be remanded to the trial court for further proceedings in accordance with the agreement of the parties.

This _18th_ day of May, 2015.

Respectfully submitted,

PAUL GILLIAM
Bar No. 07938700
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
paulg@rameyflock.com

*Attorney for Appellant*

MONTY G. MURRY
Bar No. 14739350
3918 Texas Boulevard
Texarkana, TX 75603
Telephone: (903) 823-3000
Facsimile: (903) 823-3002
Mgmurry@murrylaw.com

*Attorney for Appellee*